AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

United States of America
v.
ANA KAREN MOTA-CERVANTES

*Defendant*

Case No. 3:23-cr-00408-IM-6

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANA KAREN MOTA-CERVANTES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine
Possession with Intent to Distribute Methamphetamine

Date: 12/20/2023

City and State: Portland, Oregon

s/D. Norris
*Issuing officer's signature*

D. Norris, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____
DATE 02/09/2024
ARRESTED BY SALEM PD

Date: _____

U.S. MARSHAL
BY E. CATER

*Arresting officer's signature*

*Printed name and title*